**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JUDITH HENRY,<br><br>*Plaintiff*,<br><br>v.<br><br>ESSEX COUNTY, *et. al.*,<br><br>*Defendants*<br><br>v.<br><br>CFG HEALTH SYSTEMS, LLC,<br><br>*Third Party Defendant.* | Civil No.: 20-11159 (KSH) (CLW)<br><br>**ORDER** |

**THIS MATTER** having come before the Court on three motions to dismiss filed by (i) defendants Margaret E. Thompson, Denise Wood, Timothy Riegle, Jan Lamper, Elizabeth Cooper, Captain James Savage, Lieutenant Jason Beckley, and Kelli Winter (D.E. 98); (ii) defendant Narvin Singh (D.E. 122); and (iii) defendants Assistant Chief Deputy U.S. Marshal Pedro Alvarez, former Supervisory Deputy U.S. Marshal Jerry Sanseverino, Deputy U.S. Marshal Gary Duncan, Deputy U.S. Marshal Anthony Rossi, Task Force Officer Leonard Jackson, and Task Force Officer Euletia Lynn (D.E. 139) (collectively, the "moving defendants"); and the Court having addressed counsel on the record on March 29, 2023; and for the reasons set forth on the record on that date,

**IT IS** on this 29th day of March, 2023,

**ORDERED** that the motions (D.E. 98, 122, 139) are **DENIED** except as to the official capacity claims against the moving defendants, which are dismissed with prejudice; and it is further

**ORDERED** that by no later than April 12, 2023, the parties are directed to file a stipulation on the docket which reflects the current case caption.

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.